IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


SONJI PRINCE PABELLON,

    Petitioner,

vs.                                          Case No. 4:08cv368-MP/WCS

WARDEN PAIGE AUGUSTINE,

    Respondent.

_____/


## REPORT AND RECOMMENDATION TO DISMISS § 2241 PETITION

    Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1.

    The court entered an order noting that the challenge, to denial of placement in a Residential Re-entry Center, appeared to be premature and possibly unexhausted. Doc. 6 (incorporated herein by reference).  Petitioner was given until October 24, 2008, to show cause why the § 2241 petition should not be dismissed.  *Id.*  The order advised that failure to comply could result in a recommendation of dismissal without further notice.  No response has been filed.

It is therefore respectfully **RECOMMENDED** that the § 2241 petition be

**DISMISSED WITHOUT PREJUDICE.**

**IN CHAMBERS** at Tallahassee, Florida, on November 12, 2008.

   S/     William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.