IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SONJI PRINCE PABELLON,

    Petitioner,

v.                        CASE NO. 4:08-cv-00368-MP-WCS

WARDEN PAIGE AUGUSTINE,
R E HOLT,
HARLEY LAPPINS,
UNITED STATES OF AMERICA,

    Defendants.

_____/

## O R D E R

This matter is before the Court on Doc. 7, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed without prejudice due to failure to exhaust state remedies. An order to show cause was entered, Doc. 6, to which Petitioner failed to respond. Also, the time for filing objections has passed, and none have been filed. The Court agrees that Petitioner has failed to show that the claims in this case were properly exhausted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     This case is dismissed without prejudice.

**DONE AND ORDERED** this _15th_ day of December, 2008



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge